in their briefs and oral arguments, in addition to the other questions presented, the question of whether the School Committee of the City of Providence is an aggrieved person under G.L. 1956, §42-35-15, as amended. *Vincent J. Piccirilli,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for Board of Regents. *Abedon, Michaelson, Stanzler & Biener, Julius C. Michaelson,* for Providence School Administrators.

M. P. No. 1902. RAYMOND L. S. PATRIARCA *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus for purpose of admitting petitioner to bail is denied. Paolino, J., not participating. *Harris L. Berson, Harvey Brower,* for petitioner.

Ex. Nos. 1426, 1433. STATE *v.* MAXIMIANO ALMEIDA. STATE *v.* MAXIMIANO ALMEIDA. Motion of defendant to assign for argument is denied as moot. *Richard J. Israel,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1459. STATE *ex rel.* JOSEPH P. CONGDON *v.* DAVID J. DRAKE. Motion of defendant to assign for argument is denied as moot. *Richard J. Israel,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1575. STATE *v.* GERLARDO MASTRACCHIO. Motion of defendant for leave to file a brief exceeding fifty pages is granted. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Eugene F. Toro,* Asst. Public Defender, for defendant.

APPEAL No. 1792. JAMES R. CAVANAUGH *v.* ALFRED F. PALANGE *et al.* Motion of appellant to assign for argument is denied as moot. *Aram K. Berberian,* for appellant. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for appellees.

APPEAL No. 1850. ROBERT ST. LAURENT *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Order entered on August 8, 1972 granting a stay of operation and effect of the decree of Work-